UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Sheppard | Civil Action No. 6:19-cv-01366 |
| versus | Judge Michael J Juneau |
| Cheeks et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim [Rec. Doc. 14] is **GRANTED** and the suit be Dismissed Without Prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion For Sanctions [Rec. Doc. 17, 34] is **DENIED**.

Any remaining motions in this case are hereby DENIED as moot.

**THUS DONE AND SIGNED** this 7th day of May, 2020.

.
_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE